

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Ana **SMITH**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The trial court signed the order granting the plea to the jurisdiction on June 10, 2021. Appellant's notice of appeal was due to be filed on June 30, 2021. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was filed on July 2, 2021. A motion for extension of time to file the notice of appeal was due on July 15, 2021. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, **no later than December 16, 2021**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** on December 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT